MINUTE ENTRY
PEER, J.
APRIL 30, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| POT-O-GOLD RENTALS, INC. | CIVIL ACTION |
| VERSUS | NO. 07-9412 |
| BELFOR USA GROUP, INC. | SECTION "M" |

JUDGE PETER BEER PRESIDING

**WEDNESDAY, APRIL 30, 2008 AT 9:30 AM**

COURTROOM DEPUTY:   Tanya Lee
COURT REPORTER:     Arlene Movahed

APPEARANCES:   Ron S. Macaluso for plaintiff
               Steven F. Griffith, Jr. for defendant

**MOTION BY BELFOR USA GROUP, INC. FOR SUMMARY JUDGMENT [14]**

Argument.
**ORDERED GRANTED - Reasons stated orally.**
Within ten days counsel for defendant is directed to prepare and submit judgment to the Court.

JS-10:  0:22